# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00341 |
| Jonah Westbury | ) | Assigned to: Judge Faruqui, Zia M. |
|  | ) | Assign Date: 3/29/2021 |
| D.O.B: XX-XX-XXXX | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a)(1) | -Entering and Remaining in a Restricted Building and Grounds |
| 18 U.S.C. §§ 1752(a)(2) | -Disorderly and Disruptive Conduct in a Restricted Building and Grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) | -Disorderly and Disruptive Conduct in a Capitol Building and Grounds |
| 40 U.S.C. §§ 5104(e)(2)(G) | -Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts, incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Julie Hendrix, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 03/29/2021

*Judge's signature*

City and state: Washington, D.C.   ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*