AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00341 |
| Jonah Westbury | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 3/29/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Jonah Westbury,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) - Entering and Remaining in a Restricted Building and Grounds
18 U.S.C. §§ 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building and Grounds
40 U.S.C. §§ 5104(e)(2)(D) - Disorderly and Disruptive Conduct in a Capitol Building and Grounds
40 U.S.C. §§ 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 03/29/2021

Zia M. Faruqui
2021.03.29
22:45:08 -04'00'

_Issuing officer's signature_

City and state:  Washington, D.C.                    ZIA M. FARUQUI, Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 3/29/21, and the person was arrested on _(date)_ 4/9/21
at _(city and state)_ Lindstrom, MN.

Date: 4/12/21

_Arresting officer's signature_

SA Lawer A. Anderson
_Printed name and title_