UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CR. NO. 21-371 (RC) |
| | : | |
| **JONAH WESTBURY,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION FOR A CONTINUANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, Sydney Tombers, respectfully move this Court to continue the status hearing scheduled for July 13, 2021. As grounds for this motion, the parties state the following:

1. The parties are still in the discovery process and in the process of discussing a possible pre-trial resolution of this matter. Since these matters are ongoing, the parties agree that it is appropriate to continue the status hearing in the hoping of resolving the matter without a trial.

2. In light of the continuing plea discussions and discovery process, the defendant agrees that it is in the interests of justice to toll the speedy trial clock until the date of the next status hearing. If convenient to the Court, the parties propose that the next status hearing be scheduled for either Monday, August 23 or Tuesday, August 24, 2021. If those dates are not convenient, the parties request that the Court set another date in consultation with the parties.

Wherefore, the government and defendant respectfully request that the status hearing be rescheduled for August 23 or August 24, or on some other date convenient to the Court and the parties.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY


/s/ *Frederick Yette*
Frederick Yette, D.C. Bar 385391
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7733
Frederick.Yette@usdoj.gov