UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                   )<br>)<br>JONAH WESTBURY,                  )<br>)<br>Defendant.                                 ) | Case No. 1:21-cr-00371-RC |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN M. PIERCE
### ON BEHALF OF DEFENDANT JONAH WESTBURY

Pursuant to Local Civil Rule 83.6(b). the undersigned counsel hereby respectfully withdraws his appearance for Defendant Jonah Westbury in the above-caption matter. Defendant Jonah Westbury will continue to be represented by Sydney Tombers, Kowitz Law and Charles R. Haskell, Law Office of Charles R. Haskell, P.A. *See* ECF Nos. 6 & 12.

This requested withdrawal of counsel will not cause a continuance or delay in this case.

Date: October 29, 2021                                   Respectfully Submitted,

*John M. Pierce*

John M. Pierce (*PHV Admitted*)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

## **CERTIFICATE OF SERVICE**

      I, John M. Pierce, hereby certify that on this day, October 29, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                          /s/ John M. Pierce
                                        John M. Pierce