**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **CR. NO. 21-371 (RC)** |
| | : | |
| **JONAH WESTBURY,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION FOR A CONTINUANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, Sydney Tombers, respectfully move this Court to continue the status hearing scheduled for November 3, 2021.   As grounds for this motion, the parties state the following:

1.      The parties are still discussing the terms of a possible a plea agreement. Defense counsel reached out to the Government with a proposed resolution and the Government has indicated they need time to seek approval on the terms of their offer to be extended. As such, the parties are requesting that the Court continue the matter to another status hearing for now. If the parties enter into an agreement the parties will reach out to the Court to convert it to a plea hearing.

2.      In light of the continuing plea discussions, the defendant agrees that it is in the interests of justice to toll the speedy trial clock until the date of the next status hearing. Specifically, Defendant agrees that time should be excluded pursuant to 18 USC 3161(h)(7)(A), (B)(i), (ii), and (iv) in the interests of justice. Defendant also agrees that those interests outweigh the interests of the public and the defendant in a speedy trial in order to give the defendant and defense counsel time to discuss an anticipated plea offer extended by the government and to decide how to proceed in this case. If convenient to the Court, the parties propose that the next status hearing be scheduled for the next available date in two to three weeks from today.

Wherefore, the government and defendant respectfully request that the status hearing be rescheduled for a date approximately two to three weeks from today that is convenient to the Court and the parties.

Respectfully submitted,

Dated: November 1, 2021

/s/ *Sydney Tombers*
_____

Sydney Tombers #0402034
PO Box 598
Lindstrom, MN 55045
sydney@kowitzlaw.com
(612) 504-0564
Attorney for Defendant

*/s/ Charles Haskell*
Charles R. Haskell
D.C. Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Charles@CharlesHaskell.com

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: */s/ Jordan A. Konig*
JORDAN A. KONIG
Texas Bar No. 24055791
Trial Attorney, U.S. Department of Justice
Detailed to the U.S. Attorney's Office
P.O. Box 55
Washington, D.C. 20044
202-305-7917 (v)
202-514-5238 (f)
Jordan.A.Konig@usdoj.gov