UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CR. NO. 21-371 (RC) |
| : | |
| JONAH WESTBURY, : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the Joint Motion to Continue Hearing, and for good cause shown, it is hereby:

**ORDERED**, that the motion is granted and the status hearing set for November 3, 2021, is vacated; and it is

**FURTHER ORDERED**, that the Court finds pursuant to 18 USC 3161(h)(7)(A), (B) (i), (ii), and (iv) it is in the interests of justice to toll the speedy trial clock until the date of the next status hearing in order to enable the parties to continue plea negotiations and the discovery process; and it is

**FURTHER ORDERED**, that the parties shall appear for a hearing on November _____, 2021, at _____ a.m./p.m.

**SO ORDERED.**

Dated:  November _____ 2021

_____
RUDOLPH CONTRERAS
United States District Judge