UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-00371-RC |
| | ) | |
| **JONAH WESTBURY,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Jonah Westbury, by and through the undersigned retained counsel, and pursuant to Local Rule 44.5 of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia, hereby respectfully requests this Court Order the substitution of Sydney Tombers, Kowitz Law and Charles R. Haskell, Law Offices of Charles r. Haskell, PA with the undersigned retained counsel.

The undersigned submits that the substitution of counsel will not unnecessarily delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

A proposed order is attached for the Court's convenience.

Date: December 10, 2021        Respectfully Submitted,

                                                              John M. Pierce
                                                              _____
                                                              John M. Pierce (*PHV Admitted*)
                                                              355 S. Grand Avenue, 44th Floor
                                                              Los Angeles, CA 90071
                                                              Tel: (213) 400-0725
                                                              Email: jpierce@piercebainbridge.com

**CERTIFICATE OF SERVICE**

      I, John M. Pierce, hereby certify that on this day, December 10, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

         /s/ John M. Pierce
      John M. Pierce