# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONAH WESTBURY,<br><br>Defendant.<br><br>and<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br>ISSAC WESTBURY, et al.,<br><br>Defendants | Case No. 1:21-cr-371<br><br><br><br><br>Case No. 1:21-cr-605 |

## STATUS REPORT

The Court appointed undersigned counsel to serve as conflict attorney for Defendants Jonah Westbury, Isaac Westbury, Robert Westbury, and Aaron James in the above-captioned matters. ECF Dkt. No. 34. Undersigned counsel has made contact with the Defendants and conducted preliminary interviews with two of the Defendants. Additional time is needed to conduct full interviews of all of the Defendants, their counsel Mr. Pierce, and the prosecutors assigned to these matters. Undersigned counsel proposes a deadline of April 29, 2022, to complete his investigation and prepare a written report and recommendation to the Court regarding any current or potential conflicts of interest.

1

Respectfully Submitted,

*/s/*
_____

Barry Coburn
Coburn & Greenbaum, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (202) 643-9472
Fax: (866) 561-9712
barry@coburngreenbaum.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2022 a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel of record.

/s/
_____
Barry Coburn