# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONAH WESTBURY,<br><br>Defendant.<br><br>and<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br>ISSAC WESTBURY, et al.,<br><br>Defendants | Case No. 1:21-cr-371<br><br><br><br><br><br>Case No. 1:21-cr-605 |

## APPEARANCE OF COUNSEL

**To the Clerk of Court and all parties of record:**

I am admitted to practice in this Court and enter my appearance as a conflict attorney for Defendants Jonah Westbury, Isaac Westbury, Robert Westbury, and Aaron James. My appearance is for the limited purpose of advising the Defendants regarding any current or potential conflicts of interest.

                Respectfully Submitted,

/s/ *Barry Coburn*
_____
Barry Coburn
Coburn & Greenbaum, PLLC
1710 Rhode Island Avenue, N.W., 2nd Fl.
Washington, DC 20036
Phone: (202) 643-9472
Fax: (866) 561-9712
barry@coburngreenbaum.com

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 28, 2022 a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel of record.

/s/ *Barry Coburn*
Barry Coburn