# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| V. | : | Case No.: 21-CR-371 |
| | : | |
| **JONAH WESTBURY** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Christopher Cook, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    /s/ *Christopher Cook*
    Christopher Cook
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia
    Kansas Bar No. 23860
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: 412-894-7566
    Email: Christopher.cook@usdoj.gov

## CERTIFICATE OF SERVICE

On this 28th day of April, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                            By:    /s/ *Christopher Cook*
                                    Christopher Cook
                                    Assistant United States Attorney