UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-371 (RC) |
| | : | |
| | : | |
| JONAH WESTBURY, | : | Re Document No.: 78 |
| | : | |
| Defendant. | : | |

## ORDER

**GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

On June 9, 2023, the Court granted the Government's unopposed motion to join this case, *United States v. Jonah Westbury*, No. 21-cr-371 (D.D.C.), with related proceedings in *United States v. Westbury, et al.*, No. 21-cr-605 (D.D.C.).  *See* Order, *United States v. Jonah Westbury*, No. 21-cr-371 (D.D.C. June 9, 2023), ECF No. 64; Order, *United States v. Westbury*, No. 21-cr-605 (D.D.C. June 9, 2023), ECF No. 98.  On January 10, 2024, the Government filed a Second Superseding Indictment, charging Jonah Westbury, Isaac Westbury, Robert Westbury, and Aaron James with various offenses stemming from their participation in the assault on the United States Capitol on January 6, 2021.  *See* Second Superseding Indictment, *United States v. Westbury*, No. 21-cr-605 (D.D.C. Jan. 10, 2024), ECF No. 122.  At that time, a joint trial involving all four Defendants was scheduled to begin on February 12, 2024, but the Court later granted Defendants' motion to continue the trial to March 4, 2024.  *See* Minute Order, *United States v. Westbury*, No. 21-cr-605 (D.D.C. Feb. 6, 2024).  Following the withdrawal of Defendants' prior counsel, the Court then vacated the March 4 trial date, *see* Minute Order, *United States v. Westbury*, No. 21-cr-605 (D.D.C. Feb. 16, 2024), and scheduled a status conference for April 30, 2024, *see* Minute Entry, *United States v. Westbury*, No. 21-cr-605 (D.D.C. Feb. 26, 2024).  The

Court also noted that all parties "consent[ed] to the exclusion of speedy trial (XT) from 2/26/24 to 4/30/24 in the interest of justice." *See* Minute Entry, *United States v. Westbury*, No. 21-cr-605 (D.D.C. Feb. 26, 2024).

In the instant, unopposed motion, the Government now moves to continue the trial which it states is "presently set for March 4, 2024" in criminal case number 21-cr-371. Consent Mot. Continue & Exclude Time Under Speedy Trial Act ("Mot.") at 1, ECF No. 78. The Government also moves "to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. from the date this Court enters an Order on this motion through and including the date of the next hearing, April 30, 2024." *Id.* Given the facts described above regarding the joinder of the related cases and the Government's filing of a Second Superseding Indictment naming *all* Defendants, the Court questions whether the Government's motion is strictly necessary. Nevertheless, in an abundance of caution, the Court **GRANTS** the Government's unopposed motion to continue the March 4, 2024 trial. And for the reasons stated on the record during the February 26, 2024 status conference, the Court also **GRANTS** the Government's request to exclude the time within which the trial must commence under the Speedy Trial Act from the date of this Order until the status conference currently scheduled for April 30, 2024. *See* Minute Entry, *United States v. Westbury*, No. 21-cr-605 (D.D.C. Feb. 26, 2024).

Accordingly, it is hereby **ORDERED** that the trial currently scheduled to commence on March 4, 2024 is **VACATED.** It is **FURTHER ORDERED** that that speedy trial is hereby excluded (XT) from today's date to April 30, 2024 in the interest of justice.

**SO ORDERED**.

Dated: March 1, 2024                                              RUDOLPH CONTRERAS
                                                                                United States District Judge