UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-371 (RC) |
| | : | |
| JONAH WESTBURY, | : | |
| | : | |
| Defendant; consolidated with | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-605 (RC) |
| | : | |
| ISSAC WESTBURY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## STATUS REPORT OF CONFLICT COUNSEL

Pursuant to the Court's Order of February 27, 2024 ("Order"), conflict counsel Barry Coburn respectfully submits this Status Report.

The Order delineates a number of circumstances warranting reexamination of the question of a possible conflict of interest on the part of the Defendants' trial counsel. Thus far I have conferred about this issue with the Defendants' new counsel and with one of the four defendants, and am in the process of reviewing the pretrial submissions that have been made in these cases that are on the public record. If the Court would allow me until May 10, 2024 to

complete my examination of these documents and my conversations with the Defendants, and to submit my report and recommendation to the Court, that time period should be ample for me to discharge my responsibilities to the Court pursuant to its Order.

> Respectfully submitted,
>
> /s/ Barry Coburn
>
> _____
> Barry Coburn
> DC Bar No. 358020
> Coburn, Greenbaum & Eisenstein, PLLC
> 1710 Rhode Island Avenue, N.W., Second Floor
> Washington, DC   20036
> Tel:  202-643-9472
> Email:  barry@coburngreenbaum.com

## Certificate of Service

I certify that on this 28th day of March, 2024, I will file this Status Report using this Court's electronic filing service, which will cause copies to be served via email on all counsel of record.

> /s/ Barry Coburn
>
> _____