UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-371 (RC) |
| | : | |
| JONAH WESTBURY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Pursuant to the motion filed by the United States, ECF No. _83_ , it is hereby ordered

that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this _4th_ day of _February_ , 2025.

_____
HONORABLE RUDOLPH CONTRERAS
United States District Court Judge